Settlement Hearing Via Telephone Courtroom 3.

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge B. Lynn Winmill     Date 11/30/01     Deputy Clerk  Rod

Case No. Cv 99 0581 S BLW                  Reporter Lisa Yant

IDAHO RURAL COUNCIL                             Plaintiff
 vs
BOSMA, et al.                                     Defendant.

Counsel for (Plaintiff Laird Lucas, Charles Tebbutt
Counsel for (Defendant Tom Arkoosh, John Nelson

Hearing on: Settlement Conference

 Agreed Settlement between all parties.
 Exhibits submitted and attached to these minutes.


 Counsel to submit consent decree and proposed order.



Time 10 mins.

# Preston|Gates|Ellis LLP

## FAX COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Chief Judge B. Lynn Winmill | FAX NO: | (208) 334-9209 |
| COMPANY: | | CONFIRMATION NO: | (208) 334-9145 |
| FROM: | John Ray Nelson | CLIENT-MATTER NO: | #41221-00001 |
| DATE: | November 30, 2001 | TOTAL NUMBER OF PAGES INCLUDING THIS COVER SHEET: | 7 |

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CONTACT:  [ ] FAX OPERATOR:
[X] NAME: April Engh
EXT:

## COMMENTS

Please see attached correspondence regarding "Settlement" in the following case:

IRC v. GRANDVIEW DAIRY, et al.
Case # CS 99-0581-S-BLW

The information contained in this facsimile is confidential and may also be attorney-privileged. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by a collect telephone call to (509) 624-2100, and return the original message to us via the U.S. Postal Service. Thank you.

A LAW FIRM | A LIMITED LIABILITY PARTNERSHIP INCLUDING OTHER LIMITED LIABILITY ENTITIES

601 WEST RIVERSIDE AVENUE  SUITE 1400  SPOKANE, WA  99201-0636  TEL: (509) 624-2100  FAX: (509) 456-0146  www.prestongates.com

Anchorage  Coeur d'Alene  Hong Kong  Los Angeles  Orange County  Palo Alto  Portland  San Francisco  Seattle  Spokane  Washington, DC

**Preston|Gates|Ellis** LLP

johnn@prestongates.com

November 30, 2001

**VIA FACSIMILE**

Chief Judge B. Lynn Winmill
United States District Court
District of Idaho
550 W. Fort, Fourth Floor
Boise, ID 83724

    Re:    IRC v. Grandview Dairy, et al.

Dear Judge Winmill:

    Attached is the correspondence between myself and Mr. Tebbutt outlining the terms of the parties' settlement agreement. We thought that having the correspondence in front of the Court for reference might assist it putting the parties' agreement on the record.

    Very truly yours,

    PRESTON GATES & ELLIS LLP

    By /s/ John Ray Nelson

JN:j
Attachment
cc:    Charles Tebbutt
        Laird Lucas
        Tom Arkoosh
        Lori Terry

K:\41221\00001\JN\JN__L2224

A LAW FIRM | A LIMITED LIABILITY PARTNERSHIP INCLUDING OTHER LIMITED LIABILITY ENTITIES

601 WEST RIVERSIDE AVENUE, SUITE 1400   SPOKANE, WA 99201-0636   TEL: (509) 624-2100   FAX: (509) 456-0146   www.prestongates.com
Anchorage   Coeur d'Alene   Hong Kong   Los Angeles   Orange County   Palo Alto   Portland   San Francisco   Seattle   Spokane   Washington, DC

**Preston|Gates|Ellis** LLP

johnn@prestongates.com

November 29, 2001

**FOR SETTLEMENT PURPOSES ONLY**
**VIA FACSIMILE**

Mr. Charles M. Tebbutt
Western Environmental Law Center
1216 Lincoln Street
Eugene, OR 97401

Laird Lucas, Esq.
1320 West Franklin, 2nd Floor
P.O. Box 1612
Boise, ID 83701

      Re:    IRC v. Grandview Dairy, et al.

Dear Charlie and Laird:

      Our clients will settle the referenced action upon the following terms:

      1. Defendants will pay $150,000 cash within 30 days after entry of a Consent Decree, to be allocated as desired by the IRC between costs, attorneys' fees and some water quality related project in the area of the Snake River plain in and around Gooding County. As Charlie and I discussed the anticipated project must not "target" the Defendants or the Grandview Dairy;

      2. Defendants will:

          a. Line the "solids separator area" -- that is, the "sump" area immediately above the two existing concrete sumps, below the cattle pens, and to the North of the actual separator -- with two feet of compacted bentonite clay. Accumulated waste and wastewater shall be removed two times per year, in the Spring and Fall, and applied or managed in accordance with the BMPP;

          b. Eliminate the "lower" lagoon to the North of the "hospital barn," and have the "upper" lagoon to the North of the hospital barn synthetically lined;

          c. Fence and berm the Faulkner pond area to prevent animals or waste and irrigation water from getting in there. The area to be bermed will run from 20 feet north of the large pivot field on the South to immediately below the existing trees at the bottom of the pasture field grade on the North. The length of the area will be approximately 250 to 300 feet. We are not sure of your reference to the "power pole" or its location, but Charlie and I previously discussed this issue, and I think we are in agreement on the concept. The berm on the East side of the area will be at the location of the lowest existing berm immediately above the "pond" area, which is about 90 feet East of the Faulkner berm ;

A LAW FIRM | A LIMITED LIABILITY PARTNERSHIP INCLUDING OTHER LIMITED LIABILITY ENTITIES

601 WEST RIVERSIDE AVENUE, SUITE 1400   SPOKANE, WA 99201-0636   TEL: (509) 624-2100   FAX: (509) 456-0146   www.prestongates.com
Anchorage   Coeur d'Alene   Hong Kong   Los Angeles   Orange County   Palo Alto   Portland   San Francisco   Seattle   Spokane   Washington, DC

November 29, 2001
Page 2

Obviously, Defendants will need a reasonable amount of time to do these things. The work in items a and b above will be certified as adequately performed by a qualified engineer.

3. The IRC will accept Defendants' performance of improvements made to the Dairy since receipt of the Notice letter, together with work and costs needed to accomplish the foregoing three terms, as an additional term of the settlement agreement having a value of $100,000;

4. The Butlers must fence off the area between the Butler/Bosma property line and the spring collection system (including the underground perforated pipe) to prevent access by their own cattle "above" the spring;

5. The Settlement Agreement will take the form of a Consent Decree subject to the procedures of 33 U.S.C. 1365(c)(3). The Consent Decree will be a final judgment of the Court resolving and disposing of all claims in the action with prejudice through the date of entry of the Decree. The term of the Decree shall expire upon certified completion of the three work items in paragraph 2 above. "Operational" compliance – i.e., no cattle, wastewater or irrigation runoff in the Faulkner Pond area and bi annual removal of waste from the solids separator area – will remain as a contract obligation which the Court would retain jurisdiction to enforce after the Consent Decree has terminated; and

6. The settlement and the Consent Decree will be made without admission of fault or liability by Defendants, in order to avoid the costs of continued litigation.

I will reiterate again that these are the only terms of the settlement agreement offered. No other terms have been negotiated or can be imposed. Your written acceptance of this offer will settle the case. Thank you for your courtesy in this regard.

Very truly yours,

PRESTON GATES & ELLIS LLP

By
John Ray Nelson

JN:j

cc: Lori Terry
Tom Arkoosh
Client

K:\41221\00001\JN\JN__L2220



# Western Environmental Law Center
*Defending the West*

ORIGINAL

EUGENE OFFICE
1216 Lincoln Street
Eugene, Oregon 97401
541/485-2471
541/485-2457 (fax)
eugene@westernlaw.org

November 30, 2001

KETCHUM OFFICE
P.O. Box 982
Ketchum, ID 83340
208/786-4398
208/788-7618 (fax)
mitchell@westernlaw.org

Via Fax (509) 456-0146

John Ray Nelson
Preston, Gates & Ellis, LLP
601 West Riverside Avenue, Suite 1400
Spokane, WA 99201-0636

TAOS OFFICE
P.O. Box 1507
Taos, New Mexico 87571
505/751-0351
505/751-1775 (fax)
taos@westernlaw.org

Re: <u>Idaho Rural Council v. Jacob Bosma, Henry Bosma, Bliss Acres, et al.</u>

www.westernlaw.org

Dear John:

    IRC accepts the terms set forth in your letter of November 29, 2001 (fax time at top of page 19:50), with the clarifications you and I discussed last night with regard to 2.c. The description in 2.c. is incorrect. The area for the "exclusion zone" includes from 20 feet north of the large pivot field on the south to about 10 feet below an existing power pole on the Bosma property to the north. There is already a partial fence on the Bosma property at the point of the northern boundary of the exclusion zone. The length of the exclusion zone is substantially more than 250-300 feet. It is the area defined on the aerial picture, Ex. 1056, which was faxed to you yesterday, with your slight modification moving the southernmost point 20 feet north from the end of the big pivot pasture. I attach the aerial photo again as the definition of this material term of the agreement, with the modification of the prior sentence agreed upon and incorporated into the terms. In addition, as you recognized last night, you confused the application of footage as described on Ex. 1056. The east-west *width* is approximately 250-300 feet (Ex. 1056 states "250'-300' ft EW to berm present as of 6/15/00).

    With this slight modification, which I understand you already agree upon, we have a settlement. Please confirm in writing your acceptance of the above modification, with all other terms set forth in your above referenced letter incorporated and accepted. We should finalize this agreement ASAP so that we can inform Judge Winmill immediately of the settlement.

Sincerely,

Charles M. Tebbutt

cc:  Laird Lucas    IRC

unbleached • 100% postconsumer waste • soy ink

**Preston|Gates|Ellis** LLP

johnn@prestongates.com

November 30, 2001

**FOR SETTLEMENT PURPOSES ONLY**
**VIA FACSIMILE**

Mr. Charles M. Tebbutt
Western Environmental Law Center
1216 Lincoln Street
Eugene, OR 97401

Re:     IRC v. Grandview Dairy

Dear Charlie:

This responds to your facsimile and confirms our telephone conversation this morning. Obviously, I have confused the estimated dimensions of the "Faulkner Pond" area to be bermed as part of our clients' proposed settlement agreement. As I have explained, we are in agreement that the area shall run from 20 feet north of the large pivot filed on the South end to the existing small fence immediately below the trees at the bottom of the sloped field on the North end. I had previously suggested that it would be about 90 feet wide. You note that you had said 250-300 feet E-W, meaning that wide. I have spoken with Mr. Henry Bosma, and he believes that such a distance would put the berm well up the hillside over rolling terrain, which I think we all agree does not make sense. You also mentioned that the Butlers had expressed some concern about the sensibility of the square corner on the North end of the area (if I understand correctly).

In hope of confirming our clients' meeting of the minds on this term of the proposed settlement agreement, I will express the Bosmas' intent regarding the area to be bermed as "the flat area at the bottom of the hill to the East of the berm built by John Faulkner." Mr. Bosma says that there is already an existing fence in the approximate location of the East side of the area as he understands it. Mr. Bosma would propose that we apply a rule of reason in construction of the actual bermed area to account for the actual shape of the pond area. Let me know if this is acceptable. Thanks,

Very truly yours,

PRESTON GATES & ELLIS LLP

By *[signature]*
John Ray Nelson

JN:j

cc:     Lori Terry
        Tom Arkoosh
        Client

K:\1221\00001\JN\JN__L2222

A LAW FIRM | A LIMITED LIABILITY PARTNERSHIP INCLUDING OTHER LIMITED LIABILITY ENTITIES

601 WEST RIVERSIDE AVENUE, SUITE 1400   SPOKANE, WA 99201-0636   TEL: (509) 624-2100   FAX: (509) 456-0146   www.prestongates.com

Anchorage   Coeur d'Alene   Hong Kong   Los Angeles   Orange County   Palo Alto   Portland   San Francisco   Seattle   Spokane   Washington, DC



# Western Environmental Law Center
*Defending the West*

ORIGINAL

**EUGENE OFFICE**
1216 Lincoln Street
Eugene, Oregon 97401
541/485-2471
541/485-2457 (fax)
eugene@westernlaw.org

**KETCHUM OFFICE**
P.O. Box 982
Ketchum, ID 83340
208/788-4398
208/788-7618 (fax)
mitchell@westernlaw.org

**TAOS OFFICE**
P.O. Box 1507
Taos, New Mexico 87571
505/751-0351
505/751-1775 (fax)
taos@westernlaw.org

www.westernlaw.org

November 30, 2001

Via Fax (509) 456-0146

John Ray Nelson
Preston, Gates & Ellis, LLP
601 West Riverside Avenue, Suite 1400
Spokane, WA 99201-0636

Re:  *Idaho Rural Council v. Jacob Bosma, Henry Bosma, Bliss Acres, et al.*

Dear John:

We accept the terms as modified by your letter concerning application of the "rule of reason" to creation of the exclusion area around the eastern berm area of the Faulkner Pond. We will arrange the conference call with the parties and the Court for 1:30 PST/2:30 MST. We look forward to the conclusion of this matter.

Sincerely,

Charles M. Tebbutt

cc: Laird Lucas
    IRC

unbleached • 100% postconsumer waste • soy ink